# Milligan *v.* Donegal Mutual Insurance Company, Appellant.

520

Argued October 5, 1960. Before Jones, C. J., Bell, Musmanno, Jones, Cohen, Bok and Eagen, JJ.

reargument refused December 5, 1960.

*H. A. Robinson*, with him *Robert E. Wayman, Donald E. Orr*, and *Dickie, McCamey, Chilcote & Robinson*, for appellant.

*John A. Metz, Jr.*, with him *Guy L. Warman*, and *Metz, Cook, Hanna & Kelly*, for appellee.

Opinion Per Curiam, November 15, 1960:

The judgment is affirmed on the opinion of the late Judge Thomas M. Marshall, of the court below.